IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| MICHELLE HOFFMAN-YOUNG | : CIVIL ACTION |
| *Plaintiff* | : |
| vs. | : NO. 02-3314 |
| PRUDENTIAL INSURANCE CO. OF AMERICA | : |
| *Defendant* | : |

FILED

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated and agreed between all parties that Plaintiff hereby dismisses this action without prejudice. It is further stipulated and agreed between all parties that the statute of limitations for re-filing this action will begin to run upon exhaustion of plaintiff's administrative remedies.

REED SMITH LLP

BY: _____
Kenneth M. Kolaski, Esquire
I.D. No. 55781
Reed Smith
2500 One Liberty Place
1650 Market St.
Philadelphia, PA 19103-7301
(215) 851-8230
Attorney for Defendant

DATED: 6/11/02

LITVIN BLUMBERG MATUSOW & YOUNG

BY: _____
Joseph F. Ricchiuti, Esquire
I.D. No. 09222
The Widener Building, Floor 18
1339 Chestnut Street
Philadelphia, PA 19107-3598
(215) 557-3300
Attorney for Plaintiff

DATED: June 7, 2002